IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CR70 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS CADENAS-GERONIMO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 61). The judgment from which defendant wishes to appeal was filed on September 8, 2011. Rule 4(b) of the Rules of Appellate Procedure provides:

> In a criminal case, a defendant's notice of appeal must be filed in the district court within 14 days after the later of:
>
> (i) the entry of either the judgment or the order being appealed . . . .

Defendant's notice of appeal is untimely, and no certificate of appealability will issue. Accordingly,

IT IS ORDERED that defendant's notice of appeal is untimely and no certificate of appealability is issued.

DATED this 6th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court